IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES T. LIVSEY                                                                                       PLAINTIFF

       v.                            Civil No. 4:10-cv-04168

CAPTAIN JACK HINTZLEMAN;
CAPTAIN HEARTLINE; CORPORAL
J. PEACY; SERGEANT WOODY GILES;
SERGEANT MILLER; SERGEANT RAGGS;
and SERGEANT BLAYLESS                                                                  DEFENDANTS

## JUDGMENT

In accordance with a memorandum opinion entered this same day, the Defendants' motion to dismiss (ECF No. 36) is granted in view of Plaintiff's failure to obey the order of the Court and his failure to prosecute this action.  Fed. R. Civ. P. 41(b).  The evidentiary hearing scheduled for April 12, 2012, is cancelled.

IT IS SO ORDERED this 12th day of January 2012.

                                                        /s/ Barry A. Bryant
                                                     HON. BARRY A. BRYANT
                                                     UNITED STATES MAGISTRATE JUDGE